UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 20-404 DMG (PJWx)** | Date | February 19, 2020 |
|---|---|---|---|

| Title | *CSDS Asset Management LLC v. Sama USA 2 LLC, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

On January 14, 2020, Plaintiff CSDS Asset Management LLC filed a Complaint in this Court against Defendants Sama USA 2 LLC and Armagan Kayra. [Doc. # 1.] The Complaint alleges a single cause of action for fraud.

Plaintiff asserts subject matter jurisdiction based on the existence of complete diversity, 28 U.S.C. § 1332. Compl. at ¶ 2. The Complaint fails, however, to adequately plead "complete diversity between the parties," namely, that each Defendant is a citizen of a different state than Plaintiff. *Diaz v. Davis*, 549 F.3d 1223, 1234 (9th Cir. 2008) (citing *Strawbridge v. Curtiss*, 7 U.S. (3 Cranch) 267, 267, 2 L. Ed. 435 (1806)). Plaintiff and Defendant Sama USA 2 LLC are both limited liability companies and are therefore citizens of every state in which their owners or members are citizens. *See Johnson v. Columbia Props. Advantage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). The Complaint fails to plead the citizenship of any of Plaintiff's or SAMA USA 2 LLC's owners.

In light of the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE** in writing by no later than **March 3, 2020** why this action should not be dismissed for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**